# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE L. NEFF**<br><br>v.<br><br>**UNUM PROVIDENT CORPORATION, et al.** | **CIVIL ACTION**<br><br>**NO. 14-6696** |

## ORDER

**AND NOW**, this 19th day of August, 2015, for the reasons stated in the accompanying memorandum, Defendants' Motions to Dismiss (ECF 12; ECF 13) are **GRANTED WITH PREJUDICE**. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-6696 neff v. unum\14cv6696.MTD with prejudice.doc